UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-44469 |
|---|---|
| THOMAS E. BURDEN | (Chapter 13) |
| WANDA L. BURDEN | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **3990200**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 29 | DAYTON HEAD & NECK SURGEONS<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD STE 109<br>MORAINE, OH 45439 | 6.83 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner 0022205
Chapter 13 Trustee
131 N LUDLOW ST  SUITE 900
DAYTON, OH 45402-1161
(937)222-7600  Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 12/10/2009

Certificate of Service                05-44469

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| THOMAS E. BURDEN | WANDA L. BURDEN | ERIC A STAMPS |
| --- | --- | --- |
| 30 MOUND STREET | 3350 SOUTH MAIN STRET | 3814 LITTLE YORK RD |
| BROOKVILLE, OH  45309 | LOT 61 | DAYTON, OH  45414 |
|  | MIDDLETOWN, OH  45044 |  |

| (29.1) | (32.1n) | (28.1n) |
| --- | --- | --- |
| DAYTON HEAD & NECK SURGEONS | ECAST SETTLEMENT CORPORATION | THEODORE A KONSTANTINOPOULOS |
| % CITY CREDITS COMPANY AGENT | BOX 35480 | JAVITCH BLOCK & RATHBONE |
| 3077 KETTERING BLVD STE 109 | NEWARK, NJ  07193 | 1300 EAST NINTH ST  14TH FLOOR |
| MORAINE, OH  45439 |  | CLEVLAND, OH  44114 |

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      cs